# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| IN RE: ZETIA (EZETIMIBE) ANTITRUST LITIGATION | MDL No. 2:18-md-2836 |
| THIS DOCUMENT RELATES TO: ALL DIRECT PURCHASER CLASS ACTIONS | |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION FOR PURPOSES OF SETTLEMENT WITH PAR PHARMACEUTICAL, INC., APPOINTMENT OF CLASS COUNSEL, PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, APPROVAL OF THE FORM AND MANNER OF NOTICE TO THE CLASS, APPOINTMENT OF A NOTICE ADMINISTRATOR, A STAY OF ALL PROCEEDINGS IN THE MDL AS AGAINST PAR, AND SETTING THE FINAL SETTLEMENT SCHEDULE AND DATE FOR A FAIRNESS HEARING**

Direct purchaser class plaintiffs FWK Holdings, LLC, Rochester Drug Co-Operative, Inc., and Cesar Castillo, Inc., on behalf of the proposed class of direct purchasers ("Direct Purchaser Settlement Class"), by their class counsel ("Class Counsel"), hereby move for an order pursuant to Fed. R. Civ. P. 23: (1):

1. Certifying for purpose of settlement the Direct Purchaser Settlement Class as proposed in Settlement Agreement with Par Pharmaceutical, Inc. ("Par") attached as Exhibit 1 to the Declaration of Thomas M. Sobol submitted herewith ("Sobol Declaration") and as further amended in the accompanying Memorandum in Support;

2. Appointing interim class counsel Hagens Berman Sobol Shapiro LLP as Lead Class Counsel for the Direct Purchaser Settlement Class for purposes of the Settlement with Par;

3. Granting preliminary approval of a Settlement of this action between Direct Purchaser Settlement Class and Par;

4. Approving the proposed form and manner of notice to the Direct Purchaser Settlement Class;

5. Appointing RG/2 Claims Administration as Settlement Administrator tasked with distributing notice of the Settlement to the Direct Purchaser Settlement Class and receiving all requests for exclusion or other communications from class members;

6. Staying all proceedings as against Par in the MDL; and

7. Authorizing a proposed schedule for completing the approval process, including the scheduling of a final fairness hearing.

Direct Purchaser Class Plaintiffs submit that the settlement represents a beneficial result to the Direct Purchaser Settlement Class  Direct Purchaser Class Plaintiffs provide a descriptions of the benefits of the settlement, and its negotiations, as well as the particulars of the Settlement Agreement, in the Memorandum in Support and the Sobol Declaration.

By this motion, Direct Purchaser Class Plaintiffs also:

1. Submit for approval a proposed form of notice including procedures for objecting to or requesting exclusion from the Settlement, and plan for the notice to be sent by first class mail to all Direct Purchaser Settlement Class members, in compliance with Fed. R. Civ. P. 23 as attached as Exhibit 4 to the Sobol Declaration;

2. Seek appointment of RG/2 Claims Administration as the Settlement Administrator;

3. Propose the following schedule for the provision of notice to Direct Purchaser Settlement Class members of the fact of the settlement as well as the  deadline to

request exclusion from or object to the Settlement, and the date and place of the hearing on final approval:

| | |
|---|---|
| Dissemination of Notices to the Class in the form and manner proposed | Within 15 days of entry of the Order preliminarily approving the Settlement |
| Deadline for Class members to request exclusion from the Direct Purchaser Settlement Class or object to the Settlement | No later than 45 days from the date on the Settlement Notice |
| Filing of Plaintiffs' motion for final approval of the Settlement | 30 days before the date set for the Fairness Hearing |
| Fairness Hearing | To Be Determined By the Court |

WHEREFORE, based on the foregoing, and for the reasons set forth in the accompanying memorandum of law and Exhibits 1 – 7 attached to the Sobol Declaration, the motion should be granted. A proposed form of order granting the relief sought by this motion is annexed to the Sobol Declaration as Exhibit 3.

Dated: July 15, 2019  **/s/ William H. Monroe, Jr**
William H. Monroe, Jr. (VSB No. 27441)
Marc C. Greco (VSB No. 41496)
Kip A. Harbison (VSB No. 38648)
Michael A. Glasser (VSB No. 17651)
GLASSER AND GLASSER, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510
Telephone: (757) 625-6787
Facsimile: (757) 625-5959
bill@glasserlaw.com
marcg@glasserlaw.com
kip@glasserlaw.com
michael@glasserlaw.com

<div style="column: left">

John D. Radice
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
Tel.: (646) 245-8502
Fax: (609) 385-0745
jradice@radicelawfirm.com

Joseph M. Vanek
David P. Germaine
John P. Bjork
Paul E. Slater
Matthew T. Slater
SPERLING & SLATER, P.C.
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200
Facsimile: (312)641-6492
jvanek@sperling-law.com

</div>

<div style="column: right">

*Local Counsel for Direct Purchaser Plaintiffs FWK Holdings, LLC, Rochester Drug Cooperative, Inc., Cesar Castillo, Inc. and the Proposed Direct Purchaser Class*

Thomas M. Sobol
Kristen A. Johnson
Edward Notargiacomo
Hannah Schwarzschild
Bradley Vettraino
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com
ed@hbsslaw.com
hannahs@hbsslaw.com
bradleyv@hbsslaw.com

*Lead Counsel for the Proposed Direct Purchaser Class*

Steve D. Shadowen
Matthew C. Weiner
HILLIARD & SHADOWEN LLP
1135 W. 6th Street, Suite 125
Austin, TX 78703
Tel.: (855) 344-3298
steve@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com

Joseph H. Meltzer
Terence S. Ziegler
KESSLER TOPAZ MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmeltzer@ktmc.com
tziegler@ktmc.com

</div>

| | |
|---|---|
| dgermaine@sperling-law.com<br>jbjork@sperling-law.com<br>pes@sperling-law.com<br>mslater@sperling-law.com | Sharon K. Robertson<br>Donna M. Evans<br>COHEN MILSTEIN SELLERS & TOLL PLC<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>Telephone: (212) 838-7797<br>Facsimile: (212) 838-7745<br>srobertsons@cohenmilstein.com<br>devans@cohenmilstein.com |

*Counsel for Plaintiff FWK Holdings, LLC and the Proposed Direct Purchaser Class*

| | |
|---|---|
| Linda P. Nussbaum<br>NUSSBAUM LAW GROUP, P.C.<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036-8718<br>Telephone: (917) 438-9189<br>lnussbaum@nussbaumpc.com | Jayne A. Goldstein<br>SHEPHERD, FINKELMAN, MILLER<br>&SHAH, LLP<br>1625 North Commerce Parkway, Ste. 320<br>Fort Lauderdale, FL 33326<br>Telephone: (654) 515-0123<br>Facsimile: (866) 300-7367<br>jgoldstein@sfmslaw.com |

*Counsel for Plaintiff Cesar Castillo, Inc. and the Proposed Direct Purchaser Class*

| | |
|---|---|
| David F. Sorensen<br>Zachary D. Caplan<br>BERGER & MONTAGUE, P.C.<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>dsorensen@bm.net<br>zcaplan@bm.net | Barry Taus<br>Archana Tamoshunas<br>Kevin Landau<br>TAUS, CEBULASH & LANDAU, LLP<br>80 Maiden Lane, Suite 1204<br>New York, NY10038<br>Telephone: (646) 873-7654<br>btaus@tcllaw.com<br>atamoshunas@tcllaw.com<br>klandau@tcllaw.com |
| Peter R. Kohn<br>Joseph T. Lukens<br>FARUQI & FARUQI, LLP<br>1617 John F. Kennedy Boulevard, Suite 1550<br>Jenkintown, PA 19103<br>Telephone: (215) 277-5770<br>Facsimile: (215) 277-5771<br>pkohn@faruqilaw.com<br>jlukens@faruqilaw.com | Bradley J. Demuth<br>FARUQI & FARUQI, LLP<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>Telephone: (212) 983-9330<br>Facsimile: (212) 983-9331<br>bdemuth@faruqilaw.com |

*Counsel for Rochester Drug Cooperative, Inc. and the Proposed Direct Purchaser Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record who have made a formal appearance.

Dated: July 15, 2019 　　　　　　　　　　　　　　**/s/ William H. Monroe, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　William H. Monroe, Jr. (VSB No. 27441)