UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| IN RE: ZETIA (EZETIMIBE) ANTITRUST LITIGATION | MDL No. 2:18-md-2836 |
| THIS DOCUMENT RELATES TO: ALL DIRECT PURCHASER CLASS ACTIONS | |

**DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND ENTRY OF FINAL JUDGMENT AND ORDER OF DISMISSAL AS TO PAR**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the direct purchaser class plaintiffs respectfully move for entry an order, substantially in the form of the proposed order submitted concurrently herewith, granting final approval of their proposed settlement with Par Pharmaceutical, Inc. and dismissing the direct purchaser class plaintiffs' claims against Par Pharmaceutical, Inc. with prejudice.

A [Proposed] Order Granting Direct Purchaser Class Plaintiffs' Motion for Final Approval of Settlement and Entry of Final Judgment and Order of Dismissal as to Par is attached hereto as Exhibit A.

Dated: February 5, 2020

Respectfully submitted,

/s/ William H. Monroe, Jr.
William H. Monroe, Jr. (VSB No. 27441)
Marc C. Greco (VSB No. 41496)
Kip A. Harbison (VSB No. 38648)
Michael A. Glasser (VSB No. 17651)
GLASSER AND GLASSER, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510
Telephone: (757) 625-6787

Facsimile: (757) 625-5959
bill@glasserlaw.com
marcg@glasserlaw.com
kip@glasserlaw.com
michael@glasserlaw.com

*Local Counsel for Direct Purchaser Plaintiffs FWK Holdings, LLC, Rochester Drug Cooperative, Inc., Cesar Castillo, Inc. and the Proposed Direct Purchaser Class*

Thomas M. Sobol
Kristen A. Johnson
Edward Notargiacomo
Hannah Schwarzschild
Bradley Vettraino
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com
ed@hbsslaw.com
hannahs@hbsslaw.com
bradleyv@hbsslaw.com

*Lead Counsel for the Proposed Direct Purchaser Class*

John D. Radice
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
Tel.: (646) 245-8502
Fax: (609) 385-0745
jradice@radicelawfirm.com

Joseph M. Vanek
David P. Germaine
John P. Bjork
Paul E. Slater
Matthew T. Slater
SPERLING & SLATER, P.C.
55 W. Monroe, Suite 3200
Chicago, IL 60603

Steve D. Shadowen
Matthew C. Weiner
HILLIARD & SHADOWEN LLP
1135 W. 6th Street, Suite 125
Austin, TX 78703
Tel.: (855) 344-3298
steve@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com

Joseph H. Meltzer
Terence S. Ziegler
KESSLER TOPAZ MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Telephone: (312) 641-3200  
Facsimile: (312)641-6492  
jvanek@sperling-law.com  
dgermaine@sperling-law.com  
jbjork@sperling-law.com  
pes@sperling-law.com  
mslater@sperling-law.com  

Sharon K Robertson  
Donna M. Evans  
Cohen Milstein Sellers & Toll PLLC  
88 Pine Street, 14th Floor  
New York, NY 10005  
Tel: (212) 838-7797  
Fax: (212) 838-7745  
srobertson@cohenmilstein.com  
devans@cohenmilstein.com  

jmeltzer@ktmc.com  
tziegler@ktmc.com  

Michael L. Roberts  
Karen Sharp Halbert  
Debra G. Josephson  
Stephanie Smith  
William R. Olson  
Sarah E. DeLoach  
ROBERTS LAW FIRM, P.A.  
20 Rahling Circle  
Little Rock, AR 72223  
Telephone: (501) 821-5575  
Facsimile: (501) 821-4474  
mikeroberts@robertslawfirm.us  
karenhalbert@robertslawfirm.us  
debrajosephson@robertslawfirm.us  
stephaniesmith@robertslawfirm.us  
williamolson@robertslawfirm.us  
sarahdeloach@robertslawfirm.us  

*Counsel for Plaintiff FWK Holdings, LLC and the Proposed Direct Purchaser Class*

Linda P. Nussbaum  
NUSSBAUM LAW GROUP, P.C.  
1211 Avenue of the Americas, 40th Floor  
New York, NY 10036-8718  
Telephone: (917) 438-9189  
lnussbaum@nussbaumpc.com  

Jayne A. Goldstein  
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP  
1625 North Commerce Parkway, Ste. 320  
Fort Lauderdale, FL 33326  
Telephone: (954) 515-0123  
Facsimile: (866) 300-7367  
jgoldstein@sfmslaw.com  

*Counsel for Plaintiff Cesar Castillo, Inc. and the Proposed Direct Purchaser Class*

David F. Sorensen  
Zachary D. Caplan  
BERGER MONTAGUE PC  
1818 Market Street, Suite 3600  
Philadelphia, PA 19103  
Telephone: (215) 875-3000  
Facsimile: (215) 875-4604  
dsorensen@bm.net  
zcaplan@bm.net  

Peter R. Kohn  
Joseph T. Lukens  
FARUQI & FARUQI, LLP  
One Penn Center, Suite 1550  

Barry Taus  
Archana Tamoshunas  
Kevin Landau  
TAUS, CEBULASH & LANDAU, LLP  
80 Maiden Lane, Suite 1204  
New York, NY10038  
Telephone: (646) 873-7654  
btaus@tcllaw.com  
atamoshunas@tcllaw.com  
klandau@tcllaw.com  

Bradley J. Demuth  
FARUQI & FARUQI, LLP  
685 Third Avenue, 26th Floor  

3

| | |
|---|---|
| 1617 John F. Kennedy Boulevard | New York, NY 10017 |
| Philadelphia, PA 19103 | Telephone: (212) 983-9330 |
| Telephone: (215) 277-5770 | Facsimile: (212) 983-9331 |
| Facsimile: (215) 277-5771 | bdemuth@faruqilaw.com |
| pkohn@faruqilaw.com | |
| jlukens@faruqilaw.com | |

*Counsel for Rochester Drug Cooperative, Inc. and the Proposed Direct Purchaser Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record who have made a formal appearance

Dated: February 5, 2020　　　　　　　　　　　　**/s/ William H. Monroe, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　William H. Monroe, Jr. (VSB No. 27441)